# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>LAUNDERLAND COIN LAUNDRY;<br>and DOES 1 through 10,<br><br>        Defendants. | **Case No.: 2:18-cv-04040 PA (JEMx)**<br>Assigned to Hon. Percy Anderson<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: __December 01, 2018__        _____
United States District Court Judge